IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ALAN CROOKER,

    Plaintiff,

v.

WACHOVIA BANK, AND LUSTIG,
GLASER & WILSON, P.C.,

    Defendants.

Civil Action

No. 09-2076

March _25___, 2010

ORDER

AND NOW, this __25____ day of March, 2010, for the reasons stated in the accompanying opinion, it is **ORDERED** that:

(1) plaintiff's complaint against defendant Wachovia is **DISMISSED** with prejudice;

(2) defendant Lustig file within thirty days a submission detailing its position on voluntary dismissal of plaintiff's claims against it.

                      BY THE COURT:

                      /s/ Louis H. Pollak
                      Pollak, J.