IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ALAN CROOKER,<br><br>Plaintiff,<br>v.<br><br>WACHOVIA BANK, AND LUSTIG, GLASER & WILSON, P.C.,<br><br>Defendants. | Civil Action<br><br>No. 09-2076 |

May _13__ , 2010

## ORDER

AND NOW, this _13___ day of May, 2010, for the reasons stated in the accompanying opinion, it is ORDERED that plaintiff's motion for reconsideration is GRANTED and that plaintiff's complaint against defendants Wachovia and Lustig is DISMISSED pursuant to F.R. Civ. P. 41(a)(1)(A)(i).

BY THE COURT:

/s/ LHP
Pollak, J.